IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID WILKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:07-cv-203 MJR |
| MARY LOFTIN, ELAINE HARDY, STACIE | ) |
| HOMAN, MARK McFARLAND, ROBERT | ) |
| BURNS, NURSE COX, CHRISTINE | ) |
| BROOKS, ARTHUR FUNK, NURSE KIM, | ) |
| DENNIS LARSON, and NURSE SAWYER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case comes before the Court upon review of the docket. On October 7, 2009, the Court appointed attorney James Steven Ayres to represent Plaintiff, a prisoner acting *pro se*, in the action. Currently pending before the Court are the following motions filed by Plaintiff *pro se*, before he was represented by counsel: Motion for Extension of Time to Respond to Defendants' Motions (Doc. 37); Motion for Leave to File an Amended and Supplemental Complaint (Doc. 38); Motion to Respond to Entry of Appearance (Doc. 39); Motion for Default Judgment as to Defendants Mary Loftin, Arthur Funk, and Defendant Kim (Doc. 40); Motion for Extension of Time (Doc. 50); Motion for Leave to Amend Complaint (Doc. 51); Motion for Consideration (Doc. 52); Motion to Withdraw Motion for Extension of Time (Doc. 55); Motion to Amend and Supplement the Complaint (Doc. 57); and Motion for Extension of Time til Appointment of Counsel Attorney Issues are Resolved Accordingly by the Court (Doc. 88).

Because Plaintiff is now represented by counsel, each of these motions is **DENIED without prejudice**. The Court notes that several of the motions request leave to file an amended complaint (Docs. 38, 51, and 57). Plaintiff is **ADVISED** to consult with his attorney to prepare an amended

complaint. Leave to file an amended complaint is **GRANTED**. Plaintiff shall file his amended complaint by **December 31, 2009**.

**IT IS SO ORDERED.**

**DATED: December 14, 2009**

                                                         s/ *Donald G. Wilkerson*
                                                     **DONALD G. WILKERSON**
                                                     **United States Magistrate Judge**